UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS M. ESPARZA, an individual, and ESPARZA ENTERPRISES, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>THE BURLINGTON INSURANCE COMPANY, and Does 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 1:10-cv-01079-LJO-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>(Doc. 14) |

Based upon stipulation of the parties and for good cause appearing, the settlement conference, currently scheduled for December 2, 2010 at 9:00 a.m. shall be moved to February 9, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **November 23, 2010**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-
ORDER TO CONTINUE SETTLEMENT CONFERENCE