UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS M. ESPARZA, an individual, and ESPARZA ENTERPRISES, INC., a California corporation,<br><br>          Plaintiffs,<br><br>    vs.<br><br>THE BURLINGTON INSURANCE COMPANY, and Does 1-50, inclusive,<br><br>          Defendants. | CASE NO. 1:10-cv-01079-LJO-JLT<br><br>**ORDER AMENDING THE SCHEDULING ORDER TO ALLOW THE DEPOSITION OF ROBERT E. SULPIZIO TO OCCUR NO LATER THAN JULY 8, 2011**<br><br>(Doc.18) |

Before the Court is the stipulation of the parties to take the deposition of Plaintiff's expert, Robert E. Sulpizio, after the discovery deadline which is June 20, 2011. (Doc. 18 at 2) The parties report that they have been diligently working together to obtain a deposition date that is convenient to counsel and on which Mr. Sulpizio is available. Id.

The parties agree that they will be able to take the deposition no later than July 9, 2011 and seeks the Court's authority to conduct this discovery out of time. (Doc. 18 at 2) The parties stipulate that they seek no other modification of any other deadline set forth in the scheduling order. Id.

Inherent in this stipulation is the understanding that, due to the deadline to file non-dispositive motion no later than June 27, 2011, that the parties agree and understand that **no non-dispositive motions will be permitted to be filed after that date even if related to the deposition of Mr. Sulpizio**.

Therefore, based upon stipulation of the parties and good cause appearing, the Court orders as follows:

The deposition of Robert Supizio **SHALL** be completed on or before July 8, 2011.

IT IS SO ORDERED.

Dated:   **June 9, 2011**                         **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE