1

2

3

4

5

6

7

8                          **IN THE UNITED STATES DISTRICT COURT**

9                        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   LUIS M. ESPARZA, et al.,                        CASE NO. CV F 10-1079 LJO JLT

12                         Plaintiffs,               **ORDER TO TAKE SUMMARY JUDGMENT**
                                                     **MOTION UNDER SUBMISSION**
13            vs.                                    (Doc. 20.)

14   THE BURLINGTON INSURANCE
     COMPANY,
15
                           Defendant.
16   _____/

17          Pursuant to its practice, this Court will consider defendant's summary judgment motion on the

18   record and VACATES the August 10, 2011 hearing.  *See* Local Rule 230(c).  Due to having the heaviest

19   district court caseload in the nation and inability to hold to scheduled dates, this Court encourages the

20   parties to consider consent to the conduct of further proceedings by a United States Magistrate Judge.

21          IT IS SO ORDERED.

22   **Dated:     August 4, 2011**                    _____/s/ Lawrence J. O'Neill_____
                                                      UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

                                                     1